UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD FIORE,<br>　　　　Plaintiff,<br><br>　　v.<br><br>EDA SELECT STAFFING, INC.,<br>WILLIAM F. SOLIMINE and<br>PAUL J. SOLIMINE,<br>　　　　Defendants. | )<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 1: 12-11729-FDS<br>)<br>)<br>)<br>)<br>) |

## ORDER OF REMAND

**SAYLOR, J.**

On July 29, 2013, plaintiff moved this Court to remand this action to Middlesex Superior Court. On August 9, 2013, the defendants advised the Court that they will not oppose the motion. Therefore, the plaintiff's motion to remand is GRANTED, and it is hereby ORDERED that the above entitled action be REMANDED to the Massachusetts Superior Court for Middlesex County.

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　/s/ F. Dennis Saylor
　　　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 26, 2013